IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RYNE MATHIAS,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMIE BALDWIN,<br><br>            Defendant. | CV 25-217-M-KLD<br><br>ORDER |

On January 20, 2026, the Court entered an order incorrectly stating that Plaintiff Ryne Mathias had moved for leave to file an overlength brief in response to a motion to remand, when in fact it was pro se Defendant Jamie Baldwin who filed the motion. Accordingly,

IT IS ORDERED that the record in this case is hereby corrected to reflect that Defendant's motion for leave to file an overlength response brief (Doc. 11) is GRANTED. The Clerk of Court is directed to correct Docket No. 13 to reflect that the Response to the Motion to Remand was filed by Defendant.

DATED this 22nd day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge